IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

SHELDON STEIN,            Case No. 1:21-cv-00437-PAB

          Plaintiff,

     -vs-            JUDGE PAMELA A. BARKER

BECKETT AIR, INC., *et al.*,

           ORDER

          Defendants.

On September 29, 2021, the parties advised the Court that this action has settled. Therefore, it is not necessary the action remain on the calendar of the Court.

IT IS ORDERED this action is closed. It shall be marked settled and dismissed, with prejudice, each party to bear its own costs. The Court shall retain jurisdiction to (1) vacate this Order and reopen the action upon cause shown that settlement has not been completed and further litigation is necessary or (2) alter the terms of settlement and dismissal upon agreement of the parties.

**IT IS SO ORDERED.**

Dated: November 1, 2021           *s/Pamela A. Barker*
                                              PAMELA A. BARKER
                                              UNITED STATES DISTRICT JUDGE